STATE OF NEW JERSEY v. ROSEMARIE GRAYBUSH.

March 17, 1980.

Petition for certification denied.

DONALD J. PRAG v. BOARD OF REVIEW.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN E. STEVENSON.

March 17, 1980.

Petition for certification denied.